# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-1517
Lower Tribunal No. 2022-CC-018810-O

———————————————

NEKIA MORRIS,

Appellant,

v.

SKYHOUSE ORLANDO, LLC,

Appellee.

———————————————

Appeal from the County Court for Orange County.
Heather G. Guarch, Judge.

October 10, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


Nekia Morris, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED